U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 6/6/11
```

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

June 2, 2011

**By Facsimile and Hand Delivery**

The Honorable John G. Koeltl
United States District Judge
Southern District of New York
500 Pearl Street, Room 1030
New York, New York 10007



    Re:   United States v. Michael DiLeonardo
           S2 02 Cr. 743 (RCC / JGK)

Dear Judge Koeltl:

    The Government and counsel for defendant Michael DiLeonardo respectfully and jointly request that the above-referenced Information and Waiver of Indictment be unsealed and docketed, in connection with the sentencing of Mr. DiLeonardo.

                             Respectfully submitted,

                             PREET BHARARA
                             United States Attorney

             By: *[signature]*
                  Elie Honig
                  Assistant U.S. Attorney
                  (212) 637-2474

cc (by e-mail):   Craig Gillen, Esq.
                     Counsel for Michael DiLeonardo

**APPLICATION GRANTED**
**SO ORDERED**

*[signature]*
John G. Koeltl, U.S.D.J.

6/3/11