IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| VS. ) | |
| ) | No. 1:02 CR 743-7 |
| ) | |
| PETER GOTTI, ) | MOTION FOR A HEARING AND/OR DEPOSITION |
| ) | |
| ) | |
| Defendant ) | |

The defendant Peter Gotti, by his counsel, respectfully shows the Court that:

1. If the Court believes it would be helpful, we are certainly open to a hearing on the pending motion, and/or to a videotaped deposition of Peter Gotti at FMC Butner.

    Respectfully submitted,

    /s/ James B. Craven III
    James B. Craven III
    NC State Bar 997
    Attorney for the Defendant Peter Gotti
    P.O. Box 1366
    Durham, NC 27702
    (919)688-8295
    JBC64@MINDSPRING.COM

CERTIFICATE OF SERVICE

I have this day served Government counsel electronically:

Jun Xiang, Esquire
Assistant United States Attorney
One St. Andrew's Plaza
New York, NY 10007
Jun.Xiang@usdoj.gov

This 8th day of January 2020.

    /s/ James B. Craven III
    James B. Craven III