IN THE UNITED DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| VS. ) | |
| ) | No. 1:02 CR 743-7 |
| ) | |
| PETER GOTTI, ) | MOTION FOR BOP SUBMISSION |
| ) | |
| Defendant ) | |

The defendant, by his counsel, respectfully shows the Court that:

1. The Court on December 13, 2019 (Doc. 429) ordered the BOP to provide information/documentation on "the current position of the Bureau of Prisons on this matter," i.e. the then pending motion for compassionate release (Doc. 412).

2. From the January 15, 2020 order (Doc. 435) denying the motion for compassionate release, it is apparent that the BOP responded to the December 13, 2019 order.

3. We were not copied on the BOP's response and would like to see it to aid in a future new motion to be filed perhaps later in 2020 depending on the defendant's health situation.

MEMO ENDORSED

1/21/2020

BOP's position was conveyed to the Court via the Gov't's letter dated December 17, 2019 (ECF doc. # 431).

1

WHEREFORE the defendant respectfully prays the Court for a copy of whatever was submitted by the BOP, or perhaps by the Government for the BOP, pursuant to the Court's order of December 13, 2019.

Respectfully submitted,

/s/ James B. Craven III
James B. Craven III
Attorney for the Defendant
NC State Bar 997
Attorney for Peter Gotti
P.O. Box 1366
Durham, NC 27702
(919)688-8295
JBC64@MINDSPRING.COM

CERTIFICATE OF SERVICE

I have this day served Government counsel electronically:

Jun Xiang, Esquire
Assistant United States Attorney
One St. Andrew's Plaza
New York, NY 10007
Jun.Xiang@usdoj.gov

This 16th day of January 2020.

/s/ James B. Craven III
James B. Craven III